# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD KIMBRO, | CASE NO. 1:11-cv-00957-GBC (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPIES |
| v. | Doc. 12 |
| CHEN, et al., | |
| Defendants. | |

On June 13, 2011, Plaintiff Richard Kimbro ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging failure to provide morphine, methadone, and treat his kidney stone condition from 2005 through 2011. Doc. 1.

On June 15, 2011, the Court issued a first informational order, advising Plaintiff that the Court does not provide copies or mailing service for a party, even for an indigent plaintiff proceeding in forma pauperis. Doc. 4. On July 13, 2012, the Court dismissed Plaintiff's complaint, with leave to amend. Doc. 11. In the Court's screening order, the Court directed the Clerk's office to send Plaintiff a blank complaint form. *Id.* On July 30, 2012, Plaintiff filed a motion for a copy of his original complaint filed June 13, 2011, and for additional copies of blank complaint forms to file complaints in other venue(s). Doc. 12.

As stated in the Court's June 15, 2011 first informational order, the Court does not provide Plaintiff, or any pro se litigant, with free copies.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for copies is DENIED.

IT IS SO ORDERED.

Dated:   August 10, 2012

UNITED STATES MAGISTRATE JUDGE